UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYLER ROBERT, Individually and on Behalf of All Others Similarly Situated, | * * * * | Case No. 2:21-cv-01967 |
| v. | * * | JUDGE: IVAN R. LEMELLE |
| AHA Huts, L.L.C., | * * | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

******************************************

### JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE

**NOW COMES** Plaintiff, Tyler Robert, and Defendant, AHA Huts, L.L.C. ("AHA"), who jointly move the Court to approve their executed Settlement Agreement and to dismiss this case with prejudice. The parties seek court approval of their Settlement Agreement because Robert's lawsuit includes disputed claims under the Fair Labor Standards Act ("FLSA"). As further explained in the attached supporting memorandum, a district court can approve a proposed settlement of a claim under the FLSA when it is a fair and reasonable resolution of a bona fide dispute. Because the terms of the proposed Settlement Agreement arise from a bona fide dispute and are fair and reasonable, the parties request that this Court approve their settlement and dismiss Robert's action with prejudice.

WHEREFORE, for the reasons set forth in the attached supporting memorandum, the parties pray that the Court grant their motion, approve their Settlement Agreement, and dismiss this case with prejudice.

Respectfully submitted,

**SANFORD LAW FIRM, PLLC**

/s/Josh Sanford
JOSH SANFORD
Ark. Bar No.  2001037
Admitted *pro hac vice*
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
lydia@sanfordlawfirm.com
*LEAD COUNSEL FOR TYLER ROBERT*

DUDLEY DEBOSIER INJURY LAWYERS

/s/ G. Adam Savoie
G. ADAM SAVOIE (La. Bar No. 32676)
4300 Youree Drive, Suite 250
Shreveport, Louisiana 71105
T: (318) 995-3574
F: (225) 831-1606
E: asavoie@dudleydebosier.com
*LOCAL COUNSEL FOR TYLER ROBERT*


/s/ James P. Waldron
Elizabeth A. Roussel (#27943)
James P. Waldron (#28797)
Adams and Reese, LLP
Hancock Whitney Center – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Elizabeth.Roussel@arlaw.com
James.Waldron@arlaw.com
**Attorneys for AHA Huts, L.L.C.**