UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TYLER ROBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1967** |
| **AHA HUTS, LLC** | **SECTION "B"(2)** |

### ORDER

Considering plaintiff Tyler Robert and defendant AHA Huts, LLC's joint motion for final approval of settlement agreement and dismissal of claims with prejudice (Rec. Doc. 32),

**IT IS ORDERED** that the motion is **GRANTED**. This action is hereby **DISMISSED with prejudice** and without costs, except that the parties retain the right, upon good cause shown, **within sixty (60) days**, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdictions for the latter period of time for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana this 3rd day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE